**Order entered July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00365-CV

**JUAN CARLOS REYNOSO, Appellant**

**V.**

**CHICKEN & RICE, INC., ALISHA WONGPANICH AND MARCIA LUNA, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12015**

## ORDER

Because the reporter's record was filed July 23, 2014, we **GRANT** appellant's agreed third motion to extend time and **ORDER** the brief be filed no later than August 15, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
       JUSTICE